1   STEVEN H. GURNEE, ESQ. SB# 66056
    DAVID M. DANIELS, ESQ. SB# 170315
2   NICHOLAS P. FORESTIERE, SB# 125118
    JOHN A. MASON, ESQ. SB# 166996
3   GURNEE & DANIELS LLP
    2240 Douglas Boulevard, Suite 150
4   Roseville, CA  95661-3805
    Telephone     (916) 797-3100
5   Facsimile     (916) 797-3131

6   Attorneys for Defendants

7   ALDERWOODS GROUP, INC., PAUL
    HOUSTON, SERVICE CORPORATION
8   INTERNATIONAL, SCI FUNERAL AND
    CEMETERY PURCHASING COOPERATIVE,
9   INC., SCI EASTERN MARKET SUPPORT
    CENTER, L.P., SCI WESTERN MARKET
10  SUPPORT CENTER, L.P. and SCI HOUSTON
11  MARKET SUPPORT CENTER, L.P.

12

13                      UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15

16

17  WILLIAM HELM, et al., on behalf of          )   **CASE NO.  3:08-cv-01184  SI**
    themselves and all other employees and former )
18  employees similarly situated,                )
                                                 )   **[PROPOSED] ORDER CONTINUING**
19              Plaintiffs,                      )   **HEARING ON MOTIONS TO DISMISS**
          vs.                                    )   **AND SCHEDULING MOTION TO**
20                                               )   **COMPEL**
    ALDERWOODS GROUP, INC. et al.                )
21                                               )
                                                 )
22              Defendants.                      )
                                                 )
23  _____ )

24

25        Pursuant to the Stipulation of counsel and good cause appearing, the Court orders as

    follows:
26

27        1.      Defendants shall serve supplemental responses to Interrogatories Nos. 4-11, 14-15,

28  [PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND
    SCHEDULING MOTION TO COMPEL                                                              1
    Case No.:  3:08-CV-01184 SI

1   17-19, and 21-23 and to Document Requests Nos. 2-9, 12-13, 15-17, 19-21, as well as any other

2   supplemental responses Defendants intend to provide, on or before January 23, 2009.

3          2.      Following such production, the parties will meet and confer and, no later than

4   January 30, 2009, will submit a joint report notifying the Court either that Plaintiffs intend to file a

5   Motion to Compel or submitting a proposal as to when the Motions to Dismiss should be heard.

6          3.      Should Plaintiffs elect to file a Motion to Compel, the Court will hear argument on

7   Plaintiffs' Motion to Compel on March 20, 2009, or on such other date as the Court shall

8   determine.

9          4.      Plaintiffs' Motion to Compel shall be due not less than 35 days prior to the hearing

10  date, Defendant's opposition shall be due not less than 21 days before the hearing date, and

11  Plaintiffs' reply shall be due not less than 14 days before the hearing date.

12         5.      The hearing on Defendants' Motions to Dismiss and the Further Case Management

13  Conference, both of which are currently scheduled for February 20, 2009, shall be continued to a

14  date to be determined at the hearing on any Motions to Compel.    Hearings continued to 3/20/09

15

16  **IT IS SO ORDERED:**

17  _____

18                                        The Honorable Susan Illston

19  **AGREED TO:**

20

21  /s/ Annette Gifford                        /s/ Nicholas P. Forestiere
    Dolin, Thomas & Solomon LLP                Gurnee & Daniels LLP
22  693 East Avenue                            2240 Douglas Boulevard, Suite 150
    Rochester, New York 14607                  Roseville, California 95661
23  Telephone:  (585) 272-0540                 Telephone:  (916) 797-3100

24  Attorneys for Plaintiffs                   Attorneys for Defendant Service Corporation
                                               International
25

26

27

28  [PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND
    SCHEDULING MOTION TO COMPEL                                                          2
    Case No.:  3:08-CV-01184 SI