1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11  WILLIAM HELM, DEBORAH PRISE,           ) CASE NO.  3:08-CV-01184 SI
    HEATHER P. RADY, et al., on behalf of  )
12  themselves and all other employees and former )
    employees similarly situated,          )
13                                         ) **[PROPOSED] ORDER CONTINUING**
                    Plaintiffs,            ) **HEARING ON RULE 23**
14                                         ) **CERTIFICATION MOTION**
    v.                                     )
15                                         )
    ALDERWOODS GROUP, INC.,                )
16                                         )
                    Defendant.             )
17                                         )
                                           )
18                                         )
                                           )
19  _____)

20       Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21  follows:

22       1.   The hearing date for Plaintiffs' Motion for Rule 23 Certification (Docket No. 187),

23  previously set for December 16, 2009 is moved to **December 17, 2009 at 10:00 a.m.**

24

25

26

27

28
    [PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION
                                           1
    Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

_____
Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated: October 29, 2009

By: /s/ J. Nelson Thomas _____
    J. Nelson Thomas (*pro hac vice*)
    Patrick J. Solomon (*pro hac vice*)
    Annette Gifford (*pro hac vice*)
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY 14607
    Telephone: 585-272-0540
    Facsimile: 585-272-0574

    Robert M. Bodzin, State Bar No. 201327
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile: (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    Liberty J. Weyandt (*pro hac vice pending*)
    Kyle T. McGee (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone: 412-281-4256
    Facsimile: 412-642-2380

    Counsel for Plaintiffs

By: /s/ John A. Mason _____
    Steven H. Gurnee
    Nicholas P. Forestiere
    John A. Mason
    GURNEE & DANIELS LLP
    2240 Douglas Blvd, Suite 150
    Roseville, CA 95648
    Telephone: 916-797-3100
    Facsimile: 916-797-3131

    Counsel for Defendant

[PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION
2

Case No.: 3:08-CV-01184 SI