BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile: (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | Case No. CV 08-1184-SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR CASE MANAGEMENT CONFERENCE** |

1 | AND NOW this ____ day of May, 2010, upon consideration of Plaintiffs' Request for Case
2 | Management Conference, it is hereby ORDERED that this case is set for a Case Management
3 | Conference on __6/4/10_____ at 3:00 p.m.

Dated: _____    *Susan Illston*

Honorable Susan Illston

United States District Court